UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Case No. 1:21−mj−191

   v.                           Hon. Ray Kent

EMMANUEL ALEMAR−ROSAS,

       Defendant.

_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Detention Hearing
Date/Time:           April 12, 2021   10:30 AM
Magistrate Judge:    Ray Kent
Place/Location:       584 Federal Building, Grand Rapids, MI

                                  RAY KENT
                                  U.S. Magistrate Judge

Dated:  April 7, 2021       By:   _/s/ Faith Hunter Webb_____
                                    Judicial Assistant